FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROYCE MCKINLEY OSBURN,<br><br>        Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE CHILD SUPPORT ENFORCEMENT (IV-D), WASHINGTON STATE PROSECUTOR, KLICKITAT COUNTY, WEST KLICKITAT COUNTY DISTRICT COURT, KLICKITAT COUNTY SUPERIOR COURT,<br><br>        Defendants. | No. 1:22-cv-03036-MKD<br><br>ORDER DISMISSING CASE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(2)<br><br>ECF No. 28 |

Before the Court is pro se Plaintiff's "Formal Withdrawal," ECF No. 28, which the Court construes as notice of voluntary dismissal. With the notice, Plaintiff dismisses the action in its entirety. Pursuant to Fed. R. Civ. P. 41(a)(2), an action may be dismissed at a plaintiff's request by court order, on terms that the court considers proper.

ORDER DISMISSING CASE- 1

**ACCORDINGLY**, **IT IS HEREBY ORDERED:**

1. Plaintiff's construed notice of voluntary dismissal, **ECF No. 28**, is **GRANTED.**

2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and provide a copy to all counsel and pro se Plaintiff.

DATED December 6, 2022.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE- 2